**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dacious Lamont SMITH, Defendant–
Appellant.**

No. 14–6609.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Dacious Lamont Smith, Appellant Pro Se. Banumathi Rangarajan, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dacious Lamont Smith appeals the district court's orders granting in part and denying in part his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 7:08–cr–00045–F–1 (E.D.N.C. Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*